84 A.3d 323

Reinaldo CORREA, Appellant

v.

Business Manager Paula TOSKI and Inmate Accounting Sarah Siegal and Record Director Cindy Raymond and Superintendent Debra Sauers and Acting Secretary of Corrections, Appellees.

Supreme Court of Pennsylvania.

Jan. 21, 2014.

## ORDER

PER CURIAM.

AND NOW, this 21st day of January, 2014, the Order of the Commonwealth Court is hereby AFFIRMED.